*Counsel listed on signature pages*

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN WANG and GOLFBESTBUY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOLF TAILOR, LLC and TIM OYLER, <br><br> Defendants. <br><br> AND RELATED ACTIONS. | CASE NO. 3:17-cv-00898-LB <br> *Related and Consolidated with Case Nos. 5:17-cv-01303-LB, 3:17-cv-01304-LB and 5:17-cv-3922-LB* <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE AND CONTINUE HEARING DATES** <br><br> Assigned to the Hon. Laurel Beeler |

JOINT STIPULATION AND [PROPOSED]
ORDER TO CONTINUE HEARING DATES
CASE NO. 3:17-CV-00898-LB

Plaintiffs Jonathan Wang and GolfBestBuy, Inc. ("Plaintiffs"), Defendants Golf Tailor, LLC and Tim Oyler ("Defendants"), and Third-Party Defendants Dean Chudy, and Golf Gifts & Gallery, Inc. ("Third-Party Defendants") together ("the Parties") by and through their respective counsel of record, hereby stipulate and request that the Court continue the Case Management Conference on October 19, 2017 at 11:00 a.m., and the Motion Hearings on September 28, 2017 at 9:30 a.m. (Dkt. No. 60) and October 5, 2017 at 9:30 a.m. (Dkt. No. 71), to November 2, 2017 at 9:30 a.m., or another time that is convenient for the Court. The other Motion Hearing tentatively set for October 5, 2017 at 9:30 a.m. pursuant to Dkt. No. 64 is moot in light of Plaintiffs' First Amended Complaint filed September 12, 2017 (Dkt. No. 70).

WHEREAS, Plaintiffs have a Motion Hearing on calendar on September 28, 2017 (Dkt. 60);

WHEREAS, Defendants' Motion Hearing on calendar for October 5, 2017 (Dkt. No. 64) is moot in light of Plaintiffs' First Amended Complaint (Dkt. No. 70);

WHEREAS, Third-Party Defendants requested a Motion Hearing on calendar for October 5, 2017 (Dkt. No. 71);

WHEREAS, the Parties have a Case Management Conference on calendar for October 19, 2017;

WHEREAS, the Parties respectfully request that the Court defer the two Motion Hearings and the Case Management Conference until November 2, 2017 at 9:30 a.m., or at the next date available to the Court;

WHEREAS, the Parties have met, conferred, and agreed that the Motion Hearings be rescheduled to November 2, 2017, or at the next date available to the Court. This change will not alter the date of any other event or deadline already fixed by Court order.

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties hereto, that the Court enter an order, continuing the Case Management Conference on October 19, 2017 at 11:00 a.m., and the Motion Hearings on September 28, 2017 and October 5, 2017 at 9:30 a.m., to November 2, 2017 at 9:30 a.m., or a date thereafter at the Court's convenience.

| | | |
|---|---|---|
| 1 | Dated: September 22, 2017 | Respectfully submitted, |
| 2 | | McDERMOTT WILL & EMERY LLP |
| 3 | | |
| 4 | | By: */s/ Barrington Dyer* |
| | | Barrington Dyer |
| 5 | | |
| 6 | | Fabio E. Marino (SBN 183825) |
| | | fmarino@mwe.com |
| 7 | | Barrington Dyer (SBN 264762) |
| | | bdyer@mwe.com |
| 8 | | McDERMOTT WILL & EMERY LLP |
| | | 275 Middlefield Road, Suite 100 |
| 9 | | Menlo Park, CA 94025-4004 |
| | | Telephone: 650 815 7400 |
| 10 | | Facsimile: 650 815 7401 |
| 11 | | Attorneys for Plaintiffs |
| | | JONATHAN WANG AND GOLFBESTBUY, INC. |
| 12 | | |
| 13 | Dated: September 22, 2017 | Respectfully submitted, |
| 14 | | HARRIS BRICKEN LLP |
| 15 | | |
| 16 | | By: */s/ John Mansfield* |
| | | John Mansfield |
| 17 | | |
| 18 | | John Mansfield (SBN 055390) |
| | | john@harrisbricken.com |
| 19 | | Alison Malsbury (SBN 296284) |
| | | alison@harrisbricken.com |
| 20 | | Daniel Edward Dersham |
| | | daniel.dersham@harrisbricken.com |
| 21 | | Michael G. Atkins |
| | | mike@atkinsip.com |
| 22 | | HARRIS BRICKEN LLP |
| | | 600 Stewart Street, Ste. 1200 |
| 23 | | Seattle, WA 98101 |
| | | Tel: 206-224-5657 |
| 24 | | Fax: 206-224-5659 |
| 25 | | Attorney for Defendants |
| | | GOLF TAILOR LLC AND TIM OYLER |
| 26 | | |
| 27 | | |
| 28 | | |

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park

- 2 -

JOINT STIPULATION AND [~~PROPOSED~~]
ORDER TO CONTINUE MTN HEARING
CASE NO. 3:17-CV-00898-LB

| | | |
|---|---|---|
| 1 | Dated: September 22, 2017 | Respectfully submitted, |
| 2 | | TOSCHI SIDRAN COLLINS DOYLE |
| 3 | | |
| 4 | | By: */s/ Gregory M. Doyle* |
| 5 | | Gregory M. Doyle |
| 6 | | Gregory M. Doyle (SBN 092155)<br>gdoyle@toschisidran.com |
| 7 | | Thomas M. Crowell (SBN 172799)<br>tcrowell@toschisidran.com |
| 8 | | TOSCHI SIDRAN COLLINS DOYLE<br>5145 Johnson Drive |
| 9 | | Pleasanton, CA 94588<br>Tel: 510-835-3400<br>Fax: 510-835-7800 |
| 10 | | Attorneys for Third-Party Defendants |
| 11 | | GOLF GIFTS & GALLERY, INC. AND<br>DEAN CHUDY |

| | |
|---|---|
| 1 | **SIGNATURE ATTESTATION** |
| 2 | Pursuant to Civil L.R. 5.1 and General Order 45, I hereby attest that I have obtained the |
| 3 | concurrence in the filing of this document from all the signatories for whom a signature is |
| 4 | indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records |
| 5 | to support this concurrence for subsequent production for the Court if so ordered or for inspection |
| 6 | upon request. |

Dated: September 22, 2017

*/s/ Barrington Dyer*
Barrington Dyer

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION AND FINDING GOOD CAUSE, **IT IS SO ORDERED**.

Dated: September 22, 2017

_____
HONORABLE LAUREL BEELER
UNITED STATES DISTRICT JUDGE