UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JONATHAN WANG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOLF TAILOR, LLC, et al.,<br><br>    Defendants. | Case No. 17-cv-00898-LB<br><br>**ORDER REGARDING UNSERVED DEFENDANT** |

The court previously raised with the parties the issue about service on Kingstar. (Dkt. Entry – ECF No. 109.) The court asks the parties to consider whether they would stipulate to sever the claims against the non-appearing defendant. The claims would be assigned a new case number, and the case would remain assigned to the undersigned. Ultimately Golf Tailor will have to serve Kingstar, but the case also can move forward with the served parties. (This is a process used by the magistrate judges in situations such as this.) The court asks the parties to submit their joint position as soon as is practicable and in any event by January 4, 2018.

**IT IS SO ORDERED.**

Dated: December 22, 2017

_____
LAUREL BEELER
United States Magistrate Judge

ORDER – No. 17-cv-00898-LB